UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

WOLF CONCEPT S.A.R.L.,

                Plaintiff,          07-CV-6233

      v.                         **ORDER**

EBER BROS. WINE AND LIQUUOR CORP.,
NATIONAL DISTRIBUTING COMPANY, INC.,
EBER-NDC LLC, LESTER EBER and DAVID
EBER

                Defendant.
_____

     Counsel for the defendants, Harris Beach PLLC, moves for an Order pursuant to Local Rule 5.4 directing that certain documents, filed in support of Harris Beach's application to withdraw as counsel for the defendants, be filed under seal and for permission to refrain from serving such documents upon the plaintiff. After reviewing the documents, I find that there is nothing in these affidavits and memorandum which pertains in any way to the essence of the lawsuit which remains pending. Accordingly, it is hereby Ordered that the Affidavits of Paul J. Yesawich, III and Partick J. Dalton and the Memorandum of Law in support of Harris Beach's motion to withdraw as counsel be filed under seal. Additionally, the request made by plaintiff's counsel, attorney Michael Wolford, that he be provided a copy of these papers, is denied.

**ALL OF THE ABOVE IS SO ORDERED.**

                                          s/ Michael A. Telesca
                                          MICHAEL A. TELESCA
                                 United States District Judge

Dated:    Rochester, New York
           December 8, 2010